IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANGEL ALVARO,

        Plaintiff,                       No. CIV S-12-0653 GGH P

    vs.

GARY R. STANTON.

        Defendant.               ORDER

_____/

        By an order filed on March 22, 2012, plaintiff was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action.[1]  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

\\\\\

\\\\\

\\\\\

\\\\\

---

[1] Plaintiff consented to the jurisdiction of this court by a consent form dated as signed on March 26, 2012, and filed in the court's docket on March 29, 2012.

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice.
3  DATED: May 24, 2012

/s/ Gregory G. Hollows<br>
UNITED STATES MAGISTRATE JUDGE

GGH:009/alva0653.fifp